# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| VIIV HEALTHCARE COMPANY, SHIONOGI & CO., LTD., and VIIV HEALTHCARE UK (NO. 3) LIMITED,<br><br>Plaintiffs,<br>v.<br><br>CIPLA LIMITED and CIPLA USA, INC.,<br><br>Defendants. | C.A. No. 19-2085-MSG |

## CONSENT JUDGMENT

Plaintiffs ViiV Healthcare Company, Shionogi & Co., Ltd., and ViiV Healthcare UK (No. 3) Limited ("Plaintiffs") and Defendants Cipla Limited and Cipla USA, Inc. ("Defendants") (together, with Plaintiffs, the "Parties"), through their undersigned counsel, have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement"). Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this 4th day of    April   , 2022:

ORDERED, ADJUDGED AND DECREED as follows:

1. This Court has jurisdiction over the Parties and the subject matter of these actions;

2. Except as specifically authorized pursuant to the Settlement Agreement, Defendants, including any of their Affiliates, successors and assigns, are enjoined from infringing United States Patent Number 9,242,986, on its own part or through any Affiliate, by making, having made, using, selling, offering to sell, importing or distributing of the

ANDA Products at issue in this action.

3. Compliance with this Consent Judgment may be enforced by Plaintiffs as permitted by the terms of the Settlement Agreement.

4. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

5. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

DATED: April 1, 2022

| McCARTER & ENGLISH, LLP | SMITH, KATZENSTEIN & JENKINS, LLP |
|---|---|
| */s/ Alexandra M. Joyce* | */s/ Eve H. Ormerod* |
| Daniel M. Silver (#4758) | Neal C. Belgam (#2721) |
| Alexandra M. Joyce (#5528) | Eve H. Ormerod (#5369) |
| Renaissance Centre | 1000 West Street, Suite 1501 |
| 405 N. King Street, 8th Floor | Wilmington, DE 19801 |
| Wilmington, Delaware 19801 | (302) 652-8400 |
| (302) 984-6300 | nbelgam@skjlaw.com |
| dsilver@mccarter.com | eormerod@skjlaw.com |
| ajoyce@mccarter.com | |
| | Anandita Vyakarnam |
| Lisa B. Pensabene, Esq. | Stuart Sender |
| Daniel O'Boyle, Esq. | Andrew J. Miller |
| Caitlin Hogan, Esq. | WINDELS MARX LANE & MITTENDORF, LLP |
| O'MELVENY & MYERS LLP | One Giralda Farms |
| 7 Times Square | Madison, NJ 07940 |
| New York, New York 10036 | avyakarnam@windelsmarx.com |
| (212) 326-2000 | ssender@windelsmarx.com |
| | amiller@windelsmarx.com |
| *Attorneys for Plaintiffs* | |
| | *Attorneys for Defendants Cipla Limited and Cipla USA, Inc.* |

2

IT IS SO ORDERED, this __4th__ day of ___April_____, 2022.

                                                      _/s/ Mitchell S. Goldberg_____
                                                      United States District Judge